# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CS-2 | 9266836 | WATKINS / MACGUGAN | 4535 / 4554 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02/23/2020
Offense Charged: ☒ USC
0044 18 USC 13 (VC 23152 (B))

Place of Offense: BASILONE RD HALF MILE NORTH OF DUNCAP ST CAMP PENDLETON CA 92055

Offense Description: Factual Basis for Charge
DRIVING UNDER THE INFLUENCE 0.08% OR HIGHER (0.12%)

### DEFENDANT INFORMATION

Last Name: STREGE
First Name: DEVON
MI: R

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS# | Color |
|---|---|---|---|---|---|
| 6NYA714 | CA | 10 | VW/JETTA | | RED |

APPEARANCE IS REQUIRED
A ☒ If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

Forfeiture Amount
+ $30 Processing Fee
Total Collateral Due

20-00734
PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
Court Address: 221 W BROADWAY SAN DIEGO, CA 92101

X Defendant Signature: [signed]
Original - CVB Copy
(CN: 00734)  *9266836*  ENCLOSURE (3)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 23 FEB, 2020 while exercising my duties as a law enforcement officer in the SOUTHERN District of CALIFORNIA

SEE ATTACHED NARRATIVE.

20-00734

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/23/2020 [signed]
Date (mm/dd/yyyy)  Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident